# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Alisa R. Clemons,

        Plaintiff,

vs.

The City of Minneapolis; the Minneapolis Police Department; Officer Robert Mooney, individually and acting in his capacity as a Minneapolis Park police officer; and Officers Michael Becker, Thomas Ryan, Peter Ritschel, Shannon Barnette, David Mattson, and Kevin Stoll, individually and acting in their capacities as Minneapolis police officers; and John Does, unknown officers acting individually and in their capacities as Minneapolis police officers, and John Does acting as individuals or in the capacity of Minneapolis City Officials,

        Defendants.

Civil No. 05-2165 (RHK/AJB)

**ORDER FOR DISMISSAL OF CLAIMS AGAINST KEVIN STOLL**

---

    Based on the parties' Stipulation, **IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** as to Defendant Kevin Stoll and without costs to either party.

Date: March 15, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge